## PECK v. WILSON, Sheriff.

No. 2200.   Decided June 14, 1911 (116 Pac. 1135).

APPEAL from District Court, Second District; *Hon. J. A. Howell,* Judge.

Action by Martin H. Peck against Barlow B. Wilson, Sheriff of Weber County.

Judgment for plaintiff.  Defendant apppeals.

APPEAL DISMISSED AND JUDGMENT AFFIRMED.

*George B. Hancock* and *E. A. Walton* for appellant.

*Halverson & Pratt* for respondent.

STRAUP, J.

This case was commenced in the municipal court of Ogden City.  A judgment was there rendered in favor of the plaintiff.  The defendant took an appeal to the district court, where the case was tried *de novo.*  A judgment was there rendered again in favor of the plaintiff.  From that judgment the defendant has appealed to this court.  A motion is made to dismiss the appeal, upon the ground that the judgment is not appealable.  Upon the authority of the case of *State of Utah v. Hoken Olsen,* 39 Utah, 177, 115 Pac. 968, the appeal is dismissed, and the judgment of the court below affirmed.  Costs to respondent.

FRICK, C. J., and McCARTY, J., concur.